EXHIBIT 1

# Style and Substance



Recycle-chic at 20 Van Dam.

...ose lazy, hazy days of August. Time to work out the kinks in that
...over tan—or time to get a leg up on the true meaning of art?
...you're in town, check out an insider's source for furniture and textile
...t that will knock your socks off.—CHIP CORDELLI

## ...RTY CRASHER FIRST-AID KIT

...e the question "what is art?" esoteric chitchat about design can
...use a dinner party faster than a deflated soufflé. Enter author John
...skett, whose new design primer *Toothpicks & Logos* (Oxford
...iversity Press; $24) can turn that beat around with an entertaining
...sh course on the value of design in our everyday life. You'll be the
...le of the next ball if you grasp the tongue-twister: "design is to
...ign a design to produce a design," a jumble of definitions for the



same word that, he says, perennially complicates
our understanding of exactly what design is. He
leaves nary a stone unturned as he dashes
through our collective cupboards, citing
household items with and without dignity, such as
Philippe Starck's famous tripod juicer for Alessi
("pricey inefficiency") and the OXO Goodgrips "Y"
peeler (two thumbs up.) Among the fun facts you
will learn is that the phonetic pronunciation of

...ca-Cola" is "bite the wax tadpole" in Chinese. Enough said.
...ilable at BookHampton, 20 Main Street, East Hampton, 324-4939.

## ...OW-STOPPING CAKE TOPPERS

...your fingers do the walking through the lavishly illustrated
...ure *Is Everywhere* (Prestel; $25) and languish in author Victor
...rgolin's frothy kitschfest pictorial of Marilyn Monroe statuettes,
...tic Jesuses, and wedding-cake toppers. They, along with titty egg
...s and Tyrolean thermometers, are highlights from the Museum of
...ntemporary" Art in Chicago, and they, he opines, are not to be
...red as an art form. "We need to rescue these objects from their
...eption as cheap artifacts," he says, "and re-present them in a
...ext where their resonance can enhance our sense of what it
...ns to be human." This book may very well expand the heated
...te over low and high art, and fan the flames among those who
...t have proper appreciation for quilted Elvis toaster-cozys and
...cess Diana snow domes. The accompanying photographs are by
...culture photographer Patty Carroll. *Available at BookHampton, 20*
...Street, East Hampton, 324-4939.

## ZEN AND NOW

Stephen Szepanek and Andre Joyau's neighbors in industrial
Greenpoint, Brooklyn have stopped wondering about the black
Lincoln Town Cars that deliver a steady flow of architects, textile
collectors, and Manolo-clad interior designers to their block. The
hot destination: 20 Van Dam, an insider's secret showroom/atelier
where Joyau's line of furniture (we call it woodsy couture) blends
with Szepanek's intricate patchwork textile artworks (we call it
breathtaking). Both craftsmen, whose clients include Donna Karan,
Takashimaya, and interior designer Daniel Romualdez, employ
recycled and reclaimed materials in their work. "We believe in
sustaining the lifetime of building materials," says Szepanek, who
uses scraps of rare antique Japanese country textiles, most of which
has been in constant use for hundreds of years, to create his quiet
but complex quilts, rugs, and bed coverlets ($850–$2,500). "There is
still so much life and character in these centuries-old fabrics, it's a
shame not to make use of them." Joyau's rustic furniture uses
reclaimed construction timber (the mosaic "End Grain Screen,"
above, $2,000 per panel, is made from 19th-century southern yellow
pine). Both artists' works are available through Donna Karan,
819 Madison Avenue, NYC, 212-861-1001, or by appointment at
20 Van Dam, 20 Van Dam Street, Brooklyn, 718-599-2559.





Culture Is Everywhere



# DESIGN

# A SHARED VISION

The artists of Sri and 20 Van Dam celebrate ordinary materials that can be transformed into **extraordinary objects**. Rural style with an urban edge, France meets Japan—all in Greenpoint, Brooklyn. By Mary Trasko



From left: Artists Stephen Szczepanek and Andre Joyau stand before a stunning sampling of their handiwork.

WALKING THROUGH THE BROOKLYN LOFT SHARED by artists Stephen Szczepanek and Andre Joyau, one sees textiles and furniture that look like the products of a seamless collaboration. In Joyau's wood shop, he transforms a rough-hewn log into a sleek, modern chair. Upstairs, Szczepanek hand-stitches a collage of Japanese country textiles. They work independently, yet their pieces share affinities of aesthetic and intention. "Their creations work beautifully within Donna's concept of Urban Zen—handmade pieces by artisans that emphasize tranquillity and an elegance that is organic," says Bibi Monnahan, creative director of the Donna Karan store on Madison Avenue, which showcases both of their work. "We want people to notice a wood grain, a texture," says Joyau.

Szczepanek named his company Sri after the Hindu goddess of abundance who symbolizes richness in all forms, while Joyau creates furniture and lighting designs under the label 20 Van Dam, the address of his building in Greenpoint. His refined yet profoundly simple forms strike a chord at a time when people seek to surround themselves with fewer, more meaningful objects. Szczepanek, an artist and former curator, discovered Japanese rural textiles a few years ago, and they sparked an entirely new direction in his art-making. For years he traveled through Asia, developing a passion for textile traditions, but when he first saw the heavily patched indigo fragments—each a hand-woven document of life in early-20th-century Japan—he had an epiphany. "What attracts me is the unselfconsciousness of these patchworks. They are devoid of ego, which contrasts with the fashion and contemporary art worlds," he says.

Some pieces *are* scraps, like a farmer's jacket that was

patched and re-patched. Szczepanek sews the textiles into artworks that can be hung or used as floor or bed coverings. "It takes an artist of Stephen's sensitivity to recognize the beauty in these textiles," notes Jan Lee, owner of Sinotique, a New York gallery specializing in art and objects from Asia. "They represent a window into how a culture evolved."

"This piece has qualities of a Rothko, the stillness, the way it draws you in," muses Lou Marotta as he gazes at one of Sri's sparer indigo wall-hangings. Marotta has given over a substantial area within his eponymous NYC gallery to works by Szczepanek and Joyau. "And Andre's work is so natural. You can see it came from a tree. His pieces are reminiscent of Adirondack furniture or tramp art, yet totally modern."

Joyau recognizes the similarity of the two artists' work. "We both take something that would have gone to waste and give it a new life, new dignity." Joyau grew up in France, where his family constructed its own work implements. "I come from a farm where we had to make everything. I see beauty in materials that would otherwise go for firewood." A self-taught sculptor and woodworker, he first exhibited his sculpture in Paris, and all the elements of the furniture, including the forged metal hardware for cabinets and lighting, he handcrafts. Billie Tsien of Todd Williams Billie Tsien & Associates Architects has long been an admirer of his work. "He's the kind of person who takes any sort of craft and investigates it until he's mastered it."

"I think we're both interested in making something that has a simple, refined beauty," Szczepanek says. It has something to do with the pleasure of being surrounded by objects of fine proportion. We are taking material that is disregarded and transforming it into something beautiful." ∎

PHOTOGRAPHY BY YOUNG-JAE SON

p.2

EXHIBIT 2







PREVIOUS PAGES: A CHAIR AND OTTOMAN MADE BY ANDRE
SIT IN THE MAIN STUDIO AREA. THE WALLS WERE DEMOLISHED
- THE BEAM IS PURELY FUNCTIONAL, ALTHOUGH IT FITS IN WITH
ANDRE'S AESTHETIC. THIS PAGE, CLOCKWISE FROM TOP LEFT:
A SCULPTURAL PIECE OF RAW WOOD STANDS BY AN INDUS-
TRIAL METAL DOOR; STEPHEN'S TEXTILE HANGINGS ARE MADE
FROM REWORKED BAST-FIBRE KIMONO FABRIC; THE PANELS
ON THE KITCHEN CUPBOARDS ARE COPPER TREATED WITH
ACID; ANDRE'S COFFEE TABLE WAS PUT TOGETHER FROM THE
BEAMS OF DEMOLISHED-HOUSES. OPPOSITE: SLICED BEAM
ENDS ARE PILED ON TOP OF ANDRE'S EXTENDING DESK - 'THE
IDEA IS TO HAVE WOOD WITH A LOT OF DEFECTS,' HE SAYS

48

p.1





**material things**

20

# Old wood
# makes good

Reclaimed, it goes from
cast-off to cutting-edge

**3** From Brazilian designer Carlos Motta's Atelier collection, the Sabre easy chair, $7,525, has a low stance. It's available in a variety of salvaged woods, with fabric or leather upholstery.

**4** The Endgrain screen by André Joyau, $7,280, is constructed of reclaimed wood remnants and off-cuts in an ebonized cherry frame with leather hinges. Each panel is 6 feet tall and 27 inches wide.

**1** Hudson Furniture's B Base table features a solid claro walnut slab crafted from a fallen or damaged tree and placed atop curved oxidized iron supports. Sizing, stains and finishes are customizable. Pricing available upon request.

**2** Metaform Studio's Zulu hanging light, $400, is designed to project a symmetrical pattern onto walls. It's crafted from recycled crate wood and measures 24 inches tall by 14 inches wide.

**5** Made by nature and finished by artisan Alon Langotsky, Chista's solid wood lounge, $30,000, is 94 inches long. It's carved from the root of an ancient Japanese tree that otherwise would have been discarded. The one-of-a-kind piece has a natural shellac finish.

**6** Crafted from an assortment of reclaimed woods, SMC Furnishings' "rd" stool, $500, is available in combinations of walnut, wenge, heart pine, cherry, maple, white pine and padauk. It stands 14 inches tall.

p.3



p.4

## design | directions



**2004 Reggie Award of Excellence**

# HENDEL
## HOMES

*Building is in the Details*

### EW
## EXECUTIVE WOODLANDS

Secluded, wooded enclave
conveniently located near
the intersection of 394 & 494.
Wayzata schools. 12 homesites.
Packages from the $900's.

**952.404.7204**
www.HendelHomes.com
15250 Wayzata Boulevard,
Wayzata, MN 55391

## New Store, Old Wood

Reclaimed wood from decrepit warehouses and factories stars in the stylish furnishings of André Joyau, coming soon to Minneapolis. In early March, Joyau, long a fixture in the New York design scene, will open his first outpost showroom in the Warehouse District. His extensive, modernist collection includes seating, beds, tables, credenzas, chandeliers, and children's furniture. Joyau is known for using burls—knotty or uniquely marked tree outgrowths—to make spare-looking pieces with old-school joinery methods. His eponymous, 1,000-square-foot Minneapolis showroom will be in the Tower Lofts building, 700 Washington Ave. N., Minneapolis, 612-236-9450, www.andrejoyau.com

## Winter Reads

Cold-weather gardens can be magical places, filled with texture, shape, and even flowers (see page 66 for proof). *Wonders of the Winter Landscape* by Vincent Simeone (Ball Publishing, 2005) will get you started on creating your own lively garden in the deadest of months. Simeone, a New York horticulturalist, includes tips on the best winter plants in six categories: bark, flowers, berries, deciduous trees, broadleaf evergreens, and conifers. • Chatty and opinionated,



*Best Furniture Buying Tips Ever!* (House of Collectibles, 2005) will equip you with an arsenal of shopping information. Author Jennifer Litwin, a Consumers Digest furniture reporter, demystifies the confusing furnishings world, covering everything from quality construction methods to pushy salespeople. Did you know, for example, that good quality couches have cushions that bounce back after you sit on them? Or that you should set a furniture budget upfront—and agree on a flat commission rate—when you hire an interior designer? • With its text-heavy, academic tone, *Beyond the Bungalow* (Gibbs Smith, Publisher, 2005) is aimed at true fans of the Craftsman style. Author Paul Duchscherer, a historic preservationist, argues that all the hoopla over the compact bungalow has given short shrift to larger Arts & Crafts homes of equal importance. Citing several local examples—including the Glensheen Mansion in Duluth and the Purcell-Cutts House in Minneapolis—and using some 150 full-color photographs, he traces the history of the Arts & Crafts movement while detailing its more grandiose representatives.

p.5



p.6



p.7

# furniture



**André Joyau**
Art stylishly imitates life in this designer's polished steel table with walnut legs. A rural Frenchman who moved to New York City, he blends French Country with the latest in Brooklyn urban-industrial chic. Handmade of walnut, the table's disorganized-yet-architectural legs are designed to exude an air of disorder. 20 Van Dam Street, Brooklyn, NY 11222; 718-963-2416. circle 443

**Nucraft Furniture Company**
For high-powered summits or informal meetings that need a bit of pomp, the **Mural** wall system supports an array of plasma screens, projection systems, and computers. Elegantly concealed wires are easily accessed in reconfigurable channels and columns. Optional sconces, whiteboards, and shelving are available. Standard finishes offered include maple, cherry, walnut, or oak, in 17 stains; custom finishes may be ordered as well. 5151 West River Drive, Comstock Park, MI 49331; 877-692-7236. nucraft.com. circle 444

**Tuell+Reynolds**
Elegant in proportion and attitude, the **Shinjuku** table's cast-bronze tiers create a big burst of energy for this small piece. Iron jogs with a patina bronze top help achieve this fetching table's lean, and clean look. 52 Front Street, Healdsburg, CA 95448; 707-431-0521; tuellreynolds.com. circle 448

**Donghia**
Sick of media saturation? **Escape** relieves the pressure. Large enough to house giant plasma monitors, these units also feature cabinets with glass-paneled sides, wire-management systems, and clear-glass-fronted drawers that allow remote-control signals through. This modern classic is available in two sizes and finishes, and is made of limed or pickled oak with brushed-nickel or brass hardware. 485 Broadway, New York, NY 10013; 800-366-4442; donghia.com. circle 445

**Baronet**
**Brasília 80** case goods and furniture—as hot as South America in summer—are made from solid maple with birch veneer. The multiple-drawer dressers, audio bookcases, media stands, night tables, and platform bed in this collection feature mortise-and-tenon and dovetail joints, leveling feet, and cast-metal handles. Choose from chocolate finish on maple or anthracite finish. 234 Rue Baronet, C.P. 580, Sainte-Marie, Quebec, Canada G6E 3B8; 418-387-5431; baronet.ca. circle 447

**John Boone**
The breathtaking **Stanley** pedestal dining table is a clean and expansive addition to the Lockwood/Boone collection. This attention-grabbing table features a box-matched veneer top and base, sunburst border, and veneer sabre legs, all in zebrawood, as well as black lacquer detailing. Custom sizes and finishes are also available. 1059 Third Avenue, New York, NY 10021; 212-758-0012; johnbooneinc.com. circle 446

p.8



# HOUSE &GARDEN

## DESIGN TO INSPIRE

**8** Fur is a staple of the log cabin. Guilt-free faux throws, from top: Pottery Barn's Plush Fur throw in white, $149; Pierre Frey's Loup et Vison in Chinchilla; Dior Collection Maison's Denim and Faux Fur blanket, $1,090. **9** Christian Astgueuielle gives straightforward furniture a whimsical spin with a chestnut and rope Saulorme chair, through Holly Hunt, New York. **10** Trophées dinner plate by Pierre Frey. **11** André Joyau's wooden Forest table, $360, Heptagon Creations, Brooklyn, NY. **12** Open up to the outdoors: Rocky Mountain Hardware's Entry Mortise lock set, $764. **13** An early-1900s wool trade blanket, $1,600, from Woodard & Greenstein, NYC. New, authentic Pendleton wool blankets may be purchased from Pendleton, $75 to $160. **14** Alpine spirit: a vintage French 1960s ski poster, $600, from the Ross Group, Westport, CT. Or sample Christie's annual vintage ski art auction in London, set for February 2003. Sources, see back of book.

—PRODUCED BY THADDEUS KROMELIS

## Alpine update: new

$3.95 CANADA/FOR

p.9



p.10



p.11



EDITOR IN CHIEF
Richard David Story

CREATIVE DIRECTOR
Bernard Scharf

EDITOR
Lisa Gabor

ART DIRECTOR
Alberto Orta

DIRECTOR OF PHOTOGRAPHY
Jennifer Martin

ASSOCIATE PHOTO EDITOR
Jennifer Geaney

MANAGING EDITOR
Stephanie McBride

COPY CHIEF
Kathryn Daniels

PRODUCTION ASSOCIATE
Mike LeGoff

VICE PRESIDENT/PUBLISHER
Ed Ventimiglia

VICE PRESIDENT/ASSOCIATE PUBLISHER
Judith E. Murphy

VICE PRESIDENT, MARKETING
Erica S. Kasel

ADVERTISING DIRECTOR Brooke C. Laffan

WEST COAST ADVERTISING DIRECTOR Marion Lowry

SENIOR MARKETING MANAGER Jill S. Shapiro

AMERICAN EXPRESS
PUBLISHING CORPORATION

PRESIDENT/CHIEF EXECUTIVE OFFICER
Ed Kelly

SENIOR VICE PRESIDENT/CHIEF MARKETING OFFICER
Mark V. Stanich

SENIOR VICE PRESIDENT/EDITORIAL DIRECTOR
Nancy Novogrod

CFO, SENIOR VICE PRESIDENT, CORP. DEVELOPMENT & OPERATIONS
Paul B. Francis

VICE PRESIDENT, MANUFACTURING & TECHNOLOGY
Thomas J. Fox

VICE PRESIDENT, CORPORATE COMMUNICATIONS
Jill S. Davison

www.centurionthemagazine.com

CENTURION The Magazine, Issue No. 6, is published quarterly by American Express Publishing Corporation, 1120 Avenue of the Americas, New York, NY 10036, 212/382-5600. Contents copyright 2005 by American Express Publishing Corporation. All rights reserved. Nothing may be reprinted in whole or in part without written permission from the publisher. To change your delivery address, please contact American Express Customer Service at 877-500-3993.



# The Child's Bed

Bonnie Young has climbed the highest mountains of Tibet and scoured the seediest streets of Nepal in her quest for inspirational and highly unusual design. Along the way, she published a book of photographs (*Colors of the Vanishing Tribes*) and curated exhibitions on jewelry and clothing from around the world. As impressive as this may be, Young's daughter, Celia, wasn't buying. What the four-year-old absolutely had to have was a bed just like the princesses Disney–canopy and all. So began one of the most curious mother-daughter collaborations. In this very modern riff on a Chinese opium bed, mahogany gets replaced with white oak, snarling dragons give way to hand-carved flowers, and drawers, which would have been stuffed with hashish and hookahs, now hold tutus and teddy bears. What more could a little girl want? An organic custom mattress to match. *All beds are handcrafted and made in the Brooklyn workshop of artisan André Joyau, $12,000. Interested Centurion members should contact Bonnie Young at 347-306-3004.*

Photograph by David A. Land

p.13

EXHIBIT 3



EXHIBIT 4



EXHIBIT 5



EXHIBIT 6



EXHIBIT 7



EXHIBIT 8



EXHIBIT 9



EXHIBIT 10



EXHIBIT 11



EXHIBIT 12



EXHIBIT 13



EXHIBIT 14



EXHIBIT 15

